UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ROXANA CASTILLO AVALOS, | Case No. 5:25-cv-03577-FLA (MAA) |
| Petitioner, | **ORDER REFERRING REMAINING ISSUES TO THE MAGISTRATE JUDGE [DKT. 12]** |
| v. | |
| WARDEN OF GEO GROUP, INC., *et al.*, | |
| Respondents. | |

On January 29, 2026, the court ordered Respondents to provide Petitioner Karen Roxana Castillo Avalos ("Petitioner") with an individualized bond hearing before the Immigration Court, pursuant to 8 U.S.C. § 1226(a).  Dkt. 10 at 5.  The court further ordered the parties to file, within seven days of Petitioner's bond hearing, a joint statement regarding the state of the action pending before the Immigration Court, identifying what issues remain in dispute, if any, and addressing whether this court continues to have jurisdiction over this action.  Dkt. 10.

On February 5, 2026, the parties filed a Joint Statement, stating Petitioner was provided an individualized bond hearing on February 5, 2026, at which time the Immigration Judge denied bond.  Dkt. 12 at 1.  Respondents contend the bond hearing

1

renders Petitioner's *Habeas* Petition (Dkt. 1) moot and deprives this court of subject matter jurisdiction over the action. *Id.* at 3. Petitioner contends this court retains jurisdiction under 28 U.S.C. § 2241, because "[t]he bond hearing conducted on February 5, 2026, was not a fair and just process and failed to cure the constitutional violations alleged in the Petition." *Id.* at 2.

After reviewing and considering the Joint Statement and all relevant portions of the record, the court refers all remaining issues, including the parties' dispute over the court's subject matter jurisdiction, to the assigned Magistrate Judge for a report and recommendation.

IT IS SO ORDERED.

Dated: March 17, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2