JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAREN ROXANA CASTILLO AVALOS,

                    Petitioner,

        v.

WARDEN OF GEO GROUP, INC., *et al.*,

                    Respondents.

Case No. 5:25-cv-03577-FLA (AYP)

**JUDGMENT**

Pursuant to this court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 is GRANTED; and (2) the clerk shall enter Judgment accordingly.

        IT IS SO ADJUDGED.

Dated: July 1, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1